## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| EMMANUEL C. GONZALEZ | § | |
| | § | |
| v. | § | |
| | § | |
| ZULILY, INC. | § | Case No. 2:14-CV-630-JRG-RSP |
| | § | LEAD CASE |
| SOCIAL CONCEPTS, INC. | § | Case No. 2:14-CV-650-JRG-RSP |
| AUTOTRADER.COM, INC. | § | Case No. 2:14-CV-651-JRG-RSP |

### CONSOLIDATION ORDER

The Court has reviewed the pleadings and has observed that the same patents are asserted in the captioned cases. Given that there are common questions of law and fact, at least with respect to claim construction, and in order to prevent conflicting rulings and to avoid unnecessary cost and delay, the Court hereby consolidates the captioned cases for pretrial purposes only. Case No. 2:14-CV-630 is hereby designated as the lead case. All future filings must be made in the lead case until this consolidation order is vacated.

**SIGNED this 5th day of August, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE